tioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Sewall Key, Francis H. Horan,* and *H. Brian Holland* for respondent. 

No. 678. LOUISVILLE TRUST CO. *v.* NATIONAL BANK OF KENTUCKY ET AL. February 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Robert G. Gordon* for petitioner. *Messrs. Frank E. Wood, Robert S. Marx, Edward P. Humphrey,* and *Harry Kasfir* for respondents.

No. 691. BANK OF THE UNITED STATES ET AL. *v.* CUTHBERTSON, TRUSTEE IN BANKRUPTCY. February 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Carl J. Austrian* for petitioners. *Mr. Wm. H. Robbitt* for respondent.

No. 695. PECOT *v.* NEW YORK. February 5, 1934. Petition for writ of certiorari to the Court of Special Sessions of the City of New York, State of New York, denied. *Mr. Phelan Beale* for petitioner. *Messrs. Henry Epstein* and *Harry Greenwald* for respondent.

No. 673. SNYDER *v.* NATIONAL UNION INDEMNITY CO. February 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Lindsay R. Rogers* for petitioner. *Mr. H. A. Rich* for respondent.

No. 683. NORWICH UNION FIRE INSURANCE SOCIETY, LTD., ET AL. *v.* COHN. February 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the